UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No.: 08-11916-BKC-RBR

ASPIRE OF SOUTH FLORIDA CORP.                             Chapter 7

                    Debtor
_____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The Trustee has a balance of $****** remaining in her bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(X)   The Trustee has a balance of $14.24 remaining in her bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made apart of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to affect closing of this estate.

Dated: August 13, 2010

                                                          _____
                                                          SONYA L. SALKIN, TRUSTEE
                                                          1776 N. Pine Island Rd.
                                                          Suite 218
                                                          Plantation, FL 33322
                                                          954-423-4469

cc:
Assistant U.S. Trustee's Office
51 SW 1st Ave.
Room 1204
Miami, FL 33031

## Claims Distribution Small Checks

**Trustee: SONYA L. SALKIN, TRUSTEE (290630)**

**Case:** 08-11916 - ASPIRE OF SOUTH FLORIDA CORP.

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200020102156 | 10120 | 08/13/10 | | | | | | | Check Amount: $14.24 |
| | Claim No. | Filed | Priority | Payee: | U.S. Bankruptcy Court | | | | |
| | 2 | 03/03/08 | 610 | | NuCO2 Inc<br>2800 SE Market Place<br>Stuart, FL 34997 | 171.11 | 171.11 | 2.32 | 2.32 |
| | 3 | 03/17/08 | 610 | | AAA Fire Protection System<br>1360 NW 65th Ave<br>Fort Lauderdale, FL 33313-4556 | 270.83 | 270.83 | 3.67 | 3.67 |
| | 5 | 03/28/08 | 610 | | Waste Management<br>Waste Management RMC<br>2421 W Peoria Ave #110<br>Phoenix, AZ 85029 | 242.00 | 242.00 | 3.27 | 3.27 |
| | 7U | 02/20/08 | 610 | | State of Florida - Department of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | 368.34 | 368.34 | 4.98 | 4.98 |

(*) Denotes objection to Amount Filed